**FILED**

**DEC 10 2013**

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---

COACH, INC. and COACH SERVICES, INC.,

    Plaintiffs,

v.

RICHIE'S PLAYHOUSE INC. d/b/a Luxury Replicas and Mega Mall,

and

RICHARD L. KELLEY, JR. and BRYNN KELLEY

and

Unknown Defendants 1-10 (JOHN DOES),

    Defendant(s).

Civil Action No. 2:11-cv-12638

Hon. Paul D. Borman

Mag. Judge Laurie J. Michelson

## VERDICT FORM

1 - Do you find, by a preponderance of the evidence, that Brynn Kelley has infringed on at least one copyright owned by Coach? Place an "X" above the line that represents your finding.

    __X__        _____
    Yes            No

2 - Do you find, by a preponderance of the evidence, that Brynn Kelley has infringed on at least one trademark owned by Coach? Place an "X" above the line that represents your finding.

    __X__        _____
    Yes            No

1

If you answered yes to question 2, please proceed to question 3.

If you answered no to question 2, your deliberations are over. Once your answers are given to questions 1 and 2, you should sign this verdict form and return it to the bailiff. Do not answer question 3.

3 - Do you find, by a preponderance of the evidence, that Brynn Kelley intended to infringe on at least one of Coach's trademarks? Place an "X" above the line that represents your finding.

    __X__            ____
    Yes                No

s/Jury Foreperson

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.