UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

COACH, INC. and COACH SERVICES, INC.,

                Plaintiffs,

v.

RICHIE'S PLAYHOUSE INC. d/b/a Luxury Replicas and Mega Mall,

and

RICHARD L. KELLEY, JR. and BRYNN KELLEY

and

Unknown Defendants 1-10 (JOHN DOES),

                Defendant(s).

_____/

Civil Action No. 2:11-cv-12638

Hon. Paul D. Borman

Mag. Judge Laurie J. Michelson

## CONSENT JUDGMENT

This matter is before the Court upon stipulation of the parties, and the Court being otherwise fully advised on the premises:

WHEREAS, Plaintiffs Coach, Inc., Coach Services, Inc. (collectively, "Plaintiffs"), and Defendants Richie's Playhouse Inc., Richard L. Kelley, Jr. and Brynn Kelley (collectively "Defendants"), entered into a settlement agreement resolving all claims associated with the civil action *Coach, Inc. et al v. Richie's Playhouse Inc. et al,* under Case No. 2:11-cv-12638, filed in the United States District Court for the Eastern District of Michigan;

WHEREAS, the parties have agreed to the form, content, and entry of this Consent Judgment;

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiffs and against all Defendants, jointly and severally, in the amount of $1,000,000.00 (one million dollars).

IT IS FURTHER ORDERED that upon entry of this Consent Judgment Plaintiffs be entitled to immediate execution against Defendants and may take any and all steps necessary to satisfy this Consent Judgment without delay, and, thus, Defendants hereby waive any and all appeal periods and/or defenses to such collection.

Dated: MAR 2 7 2014

_____
Honorable Paul D. Borman

APPROVED AS TO FORM AND SUBSTANCE:

/s/ Kristina M Araya
Joe Sadler (P71829)
Kristina M. Araya (P74507)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503-2487
616-752-2271
jsadler@wnj.com
karaya@wnj.com
*Attorneys for Plaintiff*

/s/ Dennis L. Perkins (with consent)
Dennis L. Perkins (P28568)
105 E. Grand River Ave.
Howell, MI 48843
517-546-6623
attyperkins@sbcglobal.net
*Attorney for Richie's Playhouse, Inc., and Brynn Kelley*

Richard L. Kelley, Jr
11702 Sarah Ann Dr.
DeWitt, MI 48820
*In Pro Per*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing judgment was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 27, 2014.

s/Deborah Tofil
Deborah Tofil
Case Manager (313) 234-5122
